## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

                                               Plaintiff,

v.                                                       Case No.:
                                                             1:18−cv−04109
                                                           Honorable John Z. Lee

John Doe, subscriber assigned IP address
76.227.12.95, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2019:

      MINUTE entry before the Honorable John Z. Lee:Plaintiff has notified the Court that the parties have settled [32]. Defendant's motion to dismiss [28] is stricken as moot. This case is dismissed without prejudice, with leave to reinstate within 30 days. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.